```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X    NOT FOR PUBLICATION
ERIC PETERSON,

                        Petitioner,
                                                                 MEMORANDUM AND ORDER
        -against-
                                                                 10-CV-3206 (SLT)
DUKE TERRELL, Warden,
Metropolitan Detention Center,

                        Respondent.
------------------------------------------------------------X
```
TOWNES, United States District Judge:

On July 9, 2010, *pro se* petitioner Eric Peterson, who is currently incarcerated at the Metropolitan Detention Center ("MDC") in Brooklyn, New York, filed the above-captioned Petition for a Writ of Habeas Corpus ostensibly pursuant to 28 U.S.C. § 2241 ("§ 2241"). For the following reasons, the petition is hereby transferred to the United States District Court for the District of Columbia.

Petitioner was convicted in the District of Columbia on or about October 1, 2003, and sentenced to 128 months imprisonment. In October 2008, he was classified as a minimum security prisoner and transferred to the MDC. Petitioner alleges that he has been subject to harsh living conditions that include lack of access to fresh air and sunshine, extreme heat, limited access to libraries and medical treatment, and exposure to maximum security prisoners. He argues that these conditions should serve as grounds for a reduction in his previously imposed sentence.

This Court does not have jurisdiction over petitioner's claims. Any challenge to petitioner's sentence must be brought in the court that sentenced him initially. Accordingly, the Clerk of Court is directed to transfer this case to the United States District Court for the District

of Columbia, pursuant to 28 U.S.C. § 1631. Upon the transfer of the case, the Clerk of Court is ordered to close this case.

SO ORDERED.

/S/

_____
SANDRA L. TOWNES
United States District Judge

Dated: Brooklyn, New York
July 16, 2010